# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00427-BNB

DAVID L. COLEMAN,

      Applicant,

v.

AL ESTEP, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER ⋯⋯⋯⋯DO

MAR 1 7 2008

GREGORY ⋯ ⋯⋯GHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      On March 13, 2008, Applicant filed a "Motion Requesting to Amend Prisoner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2254, Corrections to Pages 3 and 4," (Doc. No. 6). The Motion is denied as unnecessary.

Dated: March 17, 2008

---

Copies of this Minute Order mailed on March 17, 2008, to the following:

David L. Coleman
Prisoner No. 57468
FCF - Unit 6 UP
PO Box 999
Cañon City, CO 81215- 0999

_____
Secretary/Deputy Clerk