IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00427–WDM–KMT

DAVID L. COLEMAN,

      Petitioner,

v.

AL ESTEP,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

**ORDER**

      This matter is before the court *sua sponte*.

      IT IS HEREBY **ORDERED** that on or before **March 1, 2010**, the Clerk of the Arapahoe County District Court shall provide to this court the original written record, including transcripts, of Arapahoe County District Court criminal case no. 86CR1175, *People v. David L. Coleman*.

      IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Arapahoe County District Court by facsimile to **(720) 792-2401** and by regular mail to Clerk of the Arapahoe County District Court, 7325 S. Potomac St., Centennial, CO 80112.

      Dated this 19th day of January, 2010.

      **BY THE COURT:**

      Kathleen M. Tafoya
      United States Magistrate Judge