IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00427-WDM

DAVID L. COLEMAN,

    Petitioner,

vs.

AL ESTEP, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 3rd day of March, 2016.

                          BY THE COURT:

                          *[signature]*

                          Marcia S. Krieger
                          Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00427-WDM

District Court, Arapahoe County
Arapahoe County Justice Center
7325 S Potomac Street
Centennial, CO 80112

David L. Coleman
# 57468
Fremont Correctional Facility (FCF)
P.O. Box 999
Canon City, CO 81215-0999

John Jacob Fuerst, III - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**


  I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  3/3/2016  .


JEFFREY P. COLWELL, CLERK

By: s/ D. Berardi
       Deputy Clerk